IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**DEXTER HEARD,** :

   **Plaintiff,** :

   v. : CASE NO. 5:05-cv-389 (CAR)

**DR. MINERVE, et al.,** :

   **Defendants.** :

# J U D G M E N T

Pursuant to the Order of this Court filed March 21, 2007, having accepted the recommendation of the United States Magistrate Judge in its entirety, JUDGMENT is hereby entered dismissing this action.

This 21st day of March, 2007.

                                                **GREGORY J. LEONARD, CLERK**

                                                **s/ Denise Partee, Deputy Clerk**